AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

**APPEARANCE**

Case Number: MJ04-M-273 JLA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for GERARDO VASQUEZ

I certify that I am admitted to practice in this court.

11/18/04
Date

_(Signature)_

BERNARD GROSSBERG         212960
Print Name                Bar Number

99 Summer St.
Address

Boston            MA        02110
City              State    Zip Code

617-737-8558    617-737-8223
Phone Number             Fax Number