✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

LAURENTINO LEUREANO, ET ALS.

**EXHIBIT AND WITNESS LIST**

Case Number: MJ04-M-273 JLA

| PRESIDING JUDGE  ALEXANDER | PLAINTIFF'S ATTORNEY  SUSAN POSWISTILLO | DEFENDANT'S ATTORNEY  Sorokin/Leppo/Sheketoff/Egbert/Grossberg |
|---|---|---|
| TRIAL DATE (S)  11-22-04 | COURT REPORTER  DIGITAL RECORDING | COURTROOM DEPUTY  REX BROWN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 11-22-04 | direct | | SEAN MURRAY, STATE POLICE OFFICER |
| 1 | | 11-22-04 | X | X | TEXAS AFFIDAVIT (corrections made) |
| | | 11-22-04 | CROSS | | SEAN MURRAY, STATE POLICE OFFICER |
| | | 11-23-4 | | | SEAN MURRAY, STATE POLICE OFFICER |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages